IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER KNELLINGER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC., ET AL | : | NO. 16-4202 |

## O R D E R

**AND NOW, TO WIT:** this 22nd day of September, 2017, it having been reported that the issues among the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court


**BY:** S/Rose A. Barber
Rose A. Barber
Deputy Clerk – Civil
For Judge Gene E.K. Pratter

Copies sent by ECF:
John F. Hanahan
Jeffrey M. Rosenbaum
Marc R. Kamin
Patrick J. McDonnell